# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Noticia Cooper Hicks v. Medtronic Co. CRD Legal Dept.

Case Number:  
FILED: JULY 2, 2008  
08CV3785  
JUDGE GETTLEMAN  
MAGISTRATE JUDGE MASON  
PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Medtronic, Inc., incorrectly sued as Medtronic Co. CRD Legal Dept. (Defendant)

| | |
|---|---|
| NAME (Type or print) <br> Catherine L. Doyle | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Catherine L. Doyle | |
| FIRM <br> Mayer Brown LLP | |
| STREET ADDRESS <br> 71 South Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286063 | TELEPHONE NUMBER <br> 312-701-7063 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |