## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3785 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Noticia C. Hicks     vs     Medtronic Co. CRD Legal Department | | |

**DOCKET ENTRY TEXT:**

Pursuant to the conditional transfer order, (CTO-13),  this action is transferred under 28 U.S.C. §1407 to the District of Minnesota under MDL Docket No.1905 In re: Medtronic, Inc., Sprint Fidelis Leads Products Liability  Litigation.

[Docketing to mail notice]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|